FILED

MAR 7 2016

JS-6 (3/7 Htg 30)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINKBERRY VENTURES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PINKBERRY OF FLORIDA, INC.; DOES 1 through 10, inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. **CV13-02662 PSG(SSx)** <br> Assigned to the Hon. Philip S. Gutierrez <br><br> **[PROPOSED] JUDGMENT** <br><br> Complaint Served: May 1, 2013 |

[PROPOSED] JUDGMENT
DWT 29048919v1 0094690-000007

On August 5, 2013, pursuant to Federal Rule of Civil Procedure 53 and the stipulation of the parties, the Court appointed Richard Chernick, Esq., of JAMS as Special Master for all purposes. (*See* Dkt. 26.) On or about September 29, 2014, Special Master Chernick rendered judgment in favor of Plaintiff and Counter-Defendant PINKBERRY VENTURES, INC. ("Pinkberry"), and against Defendant and Counterclaimant PINKBERRY OF FLORIDA ("POF"), which Judgment disposed of all of the claims herein. A true and correct copy of this Judgment is attached hereto as **Exhibit A**.

In accordance with Special Master Chernick's Judgment, the Court hereby enters Judgment in favor of Pinkberry and against POF, as follows:

1. Pursuant to the Special Master's Orders of December 16, 2013 and June 10, 2014, Judgment is hereby entered in favor of Pinkberry and against POF on POF's counterclaims for fraud, negligent misrepresentation, violation of the California Franchise Investment Law, violation of the California Franchise Relations Act, and violation of the California Unfair Competition Law.

2. Pursuant to the Special Master's Order of September 19, 2014, POF's counterclaims for breach of contract, breach of the implied covenant of good faith and fair dealing, and violation of the Florida Deceptive and Unfair Trade Practices Act are dismissed, and Judgment is entered in favor of Pinkberry and against POF on these claims.

3. POF shall take nothing for its counterclaims.

4. Judgment is hereby entered in favor of Pinkberry and against POF on Pinkberry's claims for breach of contract, trademark infringement, unjust enrichment and account stated.

5. Pinkberry shall have and recover Judgment from POF in the principal sum of $106,095.04.

6. Pursuant to Local Rule 55-3 and California Civil Code Section 1717, Pinkberry is awarded $5,721.90 in attorneys' fees.

[PROPOSED] JUDGMENT
DWT 29048919v1 0094690-000007

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

7. Pinkberry shall recover interest on the Judgment as provided by law.

8. Each party shall bear its own costs.

9. The Special Master shall retain jurisdiction of this matter for purposes of modification and enforcement of this Judgment.

DATED: 3/7, 2016

_____
Hon. Philip S. Gutierrez
UNITED STATES DISTRICT COURT

2

[PROPOSED] JUDGMENT
DWT 29048919v1 0094690-000007

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1 | ROCHELLE B. SPANDORF (State Bar No. 75964)
2 |   rochellespandorf@dwt.com
3 | JENNIFER L. BROCKETT (State Bar No. 193433)
   jenniferbrockett@dwt.com
4 | LORING ROSE (State Bar No. 251727)
   loringrose@dwt.com
5 | DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, Suite 2400
6 | Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
7 | Fax: (213) 633-6899

8 | Attorneys for Plaintiff & Counter-Defendant
9 | PINKBERRY VENTURES, INC.

JAMS, INC.

| PINKBERRY VENTURES, INC., | ) JAMS Case No. 1220046477 |
|---|---|
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| vs. | [Fed. R. Civ. P. 55] |
| PINKBERRY OF FLORIDA, INC.; DOES 1 through 10, inclusive, | Assigned to Richard Chernick, Esq. |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

THE DEFAULT OF Defendant and Counterclaimant PINKBERRY OF FLORIDA, LLC ("POF"), having been duly entered, and on application of Plaintiff and Counter-Defendant PINKBERRY VENTURES, INC. ("Pinkberry") to the Special Master, and having heard and considered the evidence, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. Pursuant to the Special Master's Orders of December 16, 2013 and June 10, 2014, Judgment is hereby entered in favor of Pinkberry and against POF on POF's counterclaims for fraud, negligent misrepresentation, violation of the California Franchise Investment Law, violation of the California Franchise Relations Act, and violation of the California Unfair Competition Law.

2. Pursuant to the Special Master's Order of September 19, 2014, POF's counterclaims for breach of contract, breach of the implied covenant of good faith and fair dealing, and violation of the Florida Deceptive and Unfair Trade Practices Act are dismissed, and Judgment is entered in favor of Pinkberry and against POF on these claims.

3. POF shall take nothing for its counterclaims.

4. Judgment is hereby entered in favor of Pinkberry and against POF on Pinkberry's claims for breach of contract, trademark infringement, unjust enrichment and account stated.

5. Pinkberry shall have and recover Judgment from POF in the principal sum of $106,095.04.

6. Pursuant to Local Rule 55-3 and California Civil Code Section 1717, Pinkberry is awarded $5,721.90 in attorneys' fees.

7. Pinkberry shall recover interest on the Judgment as provided by law.

8. Each party shall bear its own costs.

///
///
///

1

JUDGMENT
DWT 24811591v2 0094690-000007

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

9. The Special Master shall retain jurisdiction of this matter for purposes of modification and enforcement of this Judgment.

IT IS SO ORDERED.

DATED: 9/29/14

_____
RICHARD CHERNICK, ESQ.
SPECIAL MASTER

JUDGMENT
DWT 24811591v2 0094690-000007

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: Pinkberry Ventures, Inc. vs. Pinkberry of Florida, Inc., et al.
Reference No. 1220046477

I, Crystal Villa, not a party to the within action, hereby declare that on January 06, 2015 I served the attached JUDGMENT on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at Los Angeles, CALIFORNIA, addressed as follows:

Jennifer L. Brockett Esq.
Ms. Loring Rose
Rochelle B. Spandorf Esq.
Davis Wright Tremaine
865 S. Figueroa St.
Suite 2400
Los Angeles, CA   90017
Phone: 213-633-6800
jenniferbrockett@dwt.com
loringrose@dwt.com
rochellespandorf@dwt.com
    Parties Represented:
    Pinkberry Ventures Inc.

Mr. William Harmening
Pinkberry of Florida
83 Interlaken Rd.
Orlando, FL   32804
wharmening@gmail.com
    Parties Represented:
    Pinkberry of Florida

Hon. Philip S. Gutierrez
U.S. District Court
Roybal Federal Building
255 E. Temple St., Room 880
Los Angeles, CA   90012
Phone: 213-894-8899
MAIL ONLY
    Parties Represented:

I declare under penalty of perjury the foregoing to be true and correct. Executed at Los Angeles, CALIFORNIA on  January 06, 2015.

_____
Crystal Villa
cvilla@jamsadr.com

Jennifer L. Brockett Esq.
Ms. Loring Rose
Rochelle B. Spandorf Esq.
Davis Wright Tremaine
865 S. Figueroa St.
Suite 2400
Los Angeles, CA   90017